*E-Filed: April 1, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD SHARP, ET AL., | No. C14-00831 HRL |
| Plaintiffs, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| NATIONSTAR MORTGAGE, LLC, ET AL., | |
| Defendants. | |

On March 4, 2014, Defendants moved to dismiss Plaintiffs' complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than March 31, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. *See* 28 U.S.C. § 636; Civ. L.R. 73-1. All current dates and deadlines are VACATED.

**IT IS SO ORDERED.**

Dated: April 1, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00831 HRL Order will be electronically mailed to:**

Glenn Edwin Stern     glennstern@sternatlaw.com

Mary Kate Sullivan     mks@severson.com, jc@severson.com, vhn@severson.com

Robert Travis Campbell     rtc@severson.com, clk@severson.com

Thomas Nathaniel Abbott     tna@severson.com, dgl@severson.com, jc@severson.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**