## LAW OFFICE OF GLENN E. STERN

*ATTORNEYS AT LAW*
333 WEST FOOTHILL BOULEVARD
GLENDORA, CALIFORNIA 91741
TELEPHONE (626) 335-6844
FACSIMILE (213) 232-7111

GLENN E. STERN*  glennstern@sternatlaw.com
JAN T. AUNE  janaune@sternatlaw.com
RICHARD COBERLY  richardcoberly@sternatlw.com

*Advocate, National Institute for Trial Advocacy

August 27, 2014

Martha Parker Brown
United States District Court
Northern Division, California
280 S 1st St
San Jose, CA 95113

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

Re:  Client Name:  Todd Sharp
     Case Number:  C 14-00831 HRL
     Subject:      Request for telephonic Appearance.

Dear Ms. Chow:

Our firm respectfully requests that we be allowed to attend the motion to dismiss hearing set for 1:30pm on September 4, 2014, via telephone.

Sincerely,

Glenn E. Stern,
Attorney at Law.

1