Charles Albert Piccuta (56010)
Charles Tony Piccuta (258333)
PICCUTA LAW GROUP, LLP
400 West Franklin Street
Monterey, CA 93940
Telephone: (831) 920-3111
Facsimile:  (831) 920-3112
e-mail: charles@piccutalaw.com

Attorneys for Plaintiffs
TODD AND MARIA SHARP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| TODD SHARP, an individual, MARIA SHARP, an individual, | Case No.:  5:14-CV-00831-LHK |
| | Honorable: Lucy H. Koh |
| Plaintiff, | [Proposed] ORDER |
| v. | |
| NATIONSTAR MORTGAGE, LLC, and unknown business entity; AURORA LOAN SERVICES, and unknown business entity; and DOES 1 through 25, inclusive | |
| Defendants. | |

The Court, having considered the substitution of attorney filed by Plaintiffs, hereby **GRANTS** the substitution of Charles Albert Piccuta and Charles Tony Piccuta of the Piccuta Law Group, LLP in place of Glenn Edwin Stern, Jan Trent Aune and Richard Lewis Coberly of the Law Offices of Glenn E. Stern.

**IT IS SO ORDERED.**

Date: January 15, 2015

_____
Honorable Lucy H. Koh
United States District Court Judge

[Proposed] ORDER
1